The relief described hereinbelow is SO ORDERED

Done this 9th day of June, 2020.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>JAMES MADISON MONTGOMERY,<br><br>    Debtor. | Case No. 16-11666<br>Chapter 13 |
| JAMES MADISON MONTGOMERY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>    Defendant. | Adversary No. 20-01030 |

**<u>ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>**

This matter is before the Court on the Motion to Extend Time to Respond to the Complaint filed by Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar"). Nationstar

1

Case 20-01030    Doc 6    Filed 06/09/20    Entered 06/09/20 09:08:44    Desc Main
Document    Page 1 of 2

requested a fourteen (14) day extension of time, until June 22, 2020, to file its Answer or other response to the Complaint. The Plaintiff has consented to the extension. Accordingly, the Motion is hereby **GRANTED**. Nationstar is granted through and including June 22, 2020, to file its Answer or other response to the Complaint.

### END OF ORDER ###

**ORDER PRESENTED BY:**

*/s/ Amanda Beckett*
Amanda M. Beckett (ASB-1884-N75B)
Timothy P. Pittman (ASB-0075-I51P)
**RUBIN LUBLIN, LLC**
428 N. Lamar Blvd., Suite 107
Oxford, MS 38655
(601) 398-0153 (Telephone)
(404) 921-9016 (Facsimile)
abeckett@rlselaw.com
tpittman@rlselaw.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*


**CONSENTED TO:**

Anthony B. Bush
The Bush Law Firm, LLC
P.O. Box 640492
Pike Road, AL 36064
(334) 263-7733
abush@bushlegalfirm.com

*Attorney for James Madison Montgomery*